No. 291, Misc.   JONES v. MISSISSIPPI.   Supreme Court of Mississippi.   Certiorari denied.

No. 300, Misc.   ROBERTS v. WESTERN PACIFIC RAILROAD CO.   District Court of Appeal of California, First Appellate District.   Certiorari denied.   Petitioner *pro se.* *E. L. Van Dellen* for respondent.

No. 337.   CLARK v. UNITED STATES, *ante,* p. 882;

No. 339.   GIBSON v. PHILLIPS PETROLEUM CO., *ante,* p. 874; and

No. 15, Misc.   SNELL v. MAYO, PRISON CUSTODIAN, *ante,* p. 881.   Petitions for rehearing denied.

No. 115.   GARLINGTON ET AL. v. WASSON ET AL., *ante,* p. 806;

No. 182.   ELGIN, JOLIET & EASTERN RAILWAY CO. v. ALLENDORF, SPECIAL ADMINISTRATRIX, *ante,* p. 833;

No. 246.   MONROE ET AL. v. UNITED STATES, *ante,* p. 873;

No. 70, Misc.   JACKSON v. CLINE & CHAMBERS COAL CO. ET AL., *ante,* p. 852;

No. 129, Misc.   WORLEY, ADMINISTRATRIX, ET AL. v. ELLIOTT ET AL., *ante,* p. 855; and

No. 131, Misc.   KRUPOWICZ v. NEW YORK, *ante,* p. 813. Petitions for rehearing denied.   MR. JUSTICE BRENNAN took no part in the consideration or decision of these applications.

No. 259.   DWOSKIN, ALIAS DEE, v. NEBRASKA, *ante,* p. 840.   Rehearing denied.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.